UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MIRIAM V BUSTOS MARTINEZ,<br><br>Petitioner,<br><br>v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>Respondent. | Case No. 2:26-cv-01293-TMC<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court on its own review of the record. Petitioner seeks a writ of habeas corpus ordering her release from the Northwest Immigration and Customs Enforcement Processing Center or a bond hearing. Dkt. 1 at 1. But Petitioner's current custodian, the warden of NWIPC, is not named as a respondent. The law requires that a habeas petition name the petitioner's current custodian for this Court to have jurisdiction over the case. *Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024); *see Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004).

Accordingly, while Respondent does not challenge the habeas petition on the basis that it fails to name the proper respondent(s), the Court cannot take action on Petitioner's claims unless she includes the warden as a respondent. The Court ORDERS

ORDER TO SHOW CAUSE - 1

1. No later than May 6, 2026, Petitioner must either explain why her current petition should not be dismissed without prejudice for failing to name a proper respondent or, in the alternative, file an amended petition that adds the warden as one of the respondents.

2. If Petitioner files an amended habeas petition, any return to the amended petition must be filed no later than May 13, 2026. Respondent(s) may also choose to rely on their original return.

The Court will not take any further action on the habeas petition until either a response to this Order is filed or an amended petition is filed naming the proper respondent(s).

Dated this 15th day of April, 2026.

Tiffany M. Cartwright
United States District Judge

ORDER TO SHOW CAUSE - 2